# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OCIMUM BIOSOLUTIONS (INDIA) LIMITED, | ) ) ) |
| Plaintiff, | ) ) C. A. No. 1:20-cv-00188-CFC ) |
| v. | ) **DEMAND FOR JURY TRIAL** ) |
| ABION, INC. and GENCURIX, INC., | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the Plaintiff, Ocimum Biosolutions (India) Limited, hereby dismisses the above-captioned proceeding against Abion, Inc. and Gencurix, Inc. without prejudice, with all parties to bear their own fees and costs.

1

Dated: August 17, 2020

| | |
|---|---|
| *Of counsel*<br>C. Edward Polk, Jr.<br>Polk Law PLLC<br>43252 Hattontown Woods Terrace,<br>Ashburn, Virginia 20148<br>703-989-5397<br>703-542-6017 (fax)<br>epolk@polklawpllc.com | **CROSS & SIMON, LLC**<br><br>*/s/ Kevin S. Mann*<br>Christopher P. Simon (No. 3697)<br>Kevin S. Mann (No. 4576)<br>1105 North Market Street, Suite 901<br>P.O. Box 1380<br>Wilmington, Delaware  19899-1380<br>302-777-4200<br>302-777-4224 (fax)<br>csimon@crosslaw.com<br>kmann@crosslaw.com<br><br>*Attorneys for Plaintiff* |