## **CERTIFICATE OF SERVICE**

I, Kevin S. Mann, hereby certify that, on August 17, 2020, I caused copies of the *Notice of Dismissal* to be served upon the parties listed on the parties listed below via electronic mail and first class mail.

>Joel R. Samuels, Esq.
>Harness, Dickey & Pierce, PLC
>7700 Bonhomme, Suite 400
>St. Louis, MO 63105
>jsamuels@hdp.com

>*/s/ Kevin S. Mann*
>Kevin S. Mann (No. 4576)